UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DONNY RATLIFF, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>PASON SYSTEMS USA CORP.,<br><br>   Defendant. | CASE NO: 4:15-CV-02376<br><br><br>JURY TRIAL DEMANDED<br><br>FLSA COLLECTIVE ACTION |

**STIPULATION TO CONDITIONAL CERTIFICATION**

  Plaintiff Donny Ratliff and Defendant Pason Systems USA Corp. hereby stipulate to conditional certification of all Field Sales and Service Technicians employed nationwide, as outlined in Plaintiff's May 27, 2016 Motion. *See* ECF No. 24. Therefore, the Parties request the Court enter an Order granting conditional certification and requiring the Parties to submit the proposed Notice and Consent forms by June 29, 2016 to the Court.

Respectfully submitted,

By: */s/ Andrew W. Dunlap*
Michael A. Josephson
Fed. Id. 27157
State Bar No. 24014780
Andrew W. Dunlap
Fed Id. 1093163
State Bar No. 24078444
Lindsay R. Itkin
Fed Id. 1458866
State Bar No. 24068647
**FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON**
1150 Bissonnet
Houston, Texas 77005
713-751-0025 – Telephone
713-751-0030 – Facsimile
mjosephson@fibichlaw.com
adunlap@fibichlaw.com
litkin@fibichlaw.com

      **AND**

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

By: */s/ Donald L. Samuels*
Donald L. Samuels
Texas State Bar #24005826
**BRYAN CAVE LLP**
1700 Lincoln St., Ste. 4100
Denver, CO 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200
Donald.samuels@bryancave.com

AND

MITCHELL S. ALLEN
Texas Bar No. 01046800
Texas S.D. No. 2658932
**BRYAN CAVE LLP**
One Atlantic Center
1201 West Peachtree Street, NW
Suite 1400
Atlanta, Georgia 30309
Telephone: (404) 572-6600
Facsimile: (404) 572-6999
Mitchell.allen@bryancave.com

**ATTORNEYS IN CHARGE FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on June 21, 2016.

*/s/ Andrew W. Dunlap*
Andrew W. Dunlap

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Counsel for Defendant and Defendant is agreed to this stipulation.

*/s/ Andrew W. Dunlap*
Andrew W. Dunlap