UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DONNY RATLIFF, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PASON SYSTEMS USA CORP.,<br><br>    Defendant. | Case No. 4:15-CV-02376<br><br><br>JURY DEMANDED<br><br><br>FLSA COLLECTIVE ACTION<br>29 U.S.C. § 216(b) |

### JOINT PROPOSED "NOTICE" AND "CONSENT TO JOIN" FORMS

Pursuant to the Court's June 23, 2016 order granting conditional certification, the Parties submit the proposed Notice, Reminder, and Consent Form to be distributed to the Putative Class Members and a Proposed Order detailing the agreed notice methods and timeline.

Respectfully submitted,

By: */s/ Andrew W. Dunlap*
    Michael A. Josephson
    Fed. Id. 27157
    State Bar No. 24014780
    Andrew W. Dunlap
    Fed Id. 1093163
    State Bar No. 24078444
    Lindsay R. Itkin
    Fed Id. 1458866
    State Bar No. 24068647
    **FIBICH, LEEBRON, COPELAND,**
    **BRIGGS & JOSEPHSON**
    1150 Bissonnet
    Houston, Texas 77005
    713-751-0025 – Telephone
    713-751-0030 – Facsimile
    mjosephson@fibichlaw.com
    adunlap@fibichlaw.com
    litkin@fibichlaw.com
    **AND**

By: */s/ Donald L. Samuels*
    Donald L. Samuels
    Texas State Bar #24005826
    **BRYAN CAVE LLP**
    1700 Lincoln St., Ste. 4100
    Denver, CO 80203
    Telephone: (303) 861-7000
    Facsimile: (303) 866-0200
    Donald.samuels@bryancave.com
    AND
    MITCHELL S. ALLEN
    Texas Bar No. 01046800
    Texas S.D. No. 2658932
    **BRYAN CAVE LLP**
    One Atlantic Center
    1201 West Peachtree Street, NW
    Suite 1400
    Atlanta, Georgia 30309
    Telephone: (404) 572-6600
    Facsimile: (404) 572-6999
    Mitchell.allen@bryancave.com

    **ATTORNEYS IN CHARGE FOR DEFENDANT**

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS IN CHARGE
  FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this June 29, 2016.

*/s/ Andrew W. Dunlap*
Andrew W. Dunlap