United States District Court
Southern District of Texas
**ENTERED**
June 30, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONNY  RATLIFF, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-2376 |
| | § | |
| PASON SYSTEMS USA CORP., | § | |
| | § | |
| Defendant. | § | |

## ORDER

THIS MATTER, having come before the Court upon the Joint Motion for Approval of Settlement Agreement and Conditional Dismissal of Lawsuit (Dkt. No.82) filed by the parties to the *Ratliff v. Pason Systems USA C01p.* case, and this Court being duly advised in the premises, having carefully reviewed and considered the Joint Motion and the Court file, is of the opinion that it should be granted.

IT IS, THEREFORE, ORDERED that the Joint Motion is GRANTED.

IT IS FURTHER ORDERED that the Settlement Agreement is APPROVED.

IT IS FURTHER ORDERED that the Josephson Dunlap Law Firm and Bruckner Burch, PLLC is appointed as Class Counsel.

IT IS FURTHER ORDERED that the Court hereby enters a conditional order of dismissal. No later than five (5) days following the expiration of the sixty-day opt-in period for the Non-Participating Field Service and Sales Technicians, Class Counsel shall cause to be filed with the Court a Notice identifying all Settlement Class Members who returned a timely Claim Form & Release. With that Notice, Class Counsel shall request that the Court dismiss all the claims of Plaintiff, Opt-In Plaintiffs, and the Settlement Class Members in their entirety, with

prejudice, with each party to bear its own costs and attorneys' fees, except as otherwise provided

in the Settlement Agreement.

It is so ORDERED.

SIGNED on this 30th day of June, 2017.

Kenneth M. Hoyt
United States District Judge